UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KRISTY L. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:07-CV-274 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 19, 2008. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 11], be denied, and the Defendant's motion for summary judgment [Doc. 13], be granted. The Plaintiff has filed objections to this recommendation, [Doc. 17]. After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 16], and that plaintiff's

motion for summary judgment is **DENIED**, that defendant's motion for summary judgment, [Doc. 13], is **GRANTED** and this case is DISMISSED.

So ordered.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT